# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-1914
_____

Cedric Tyrone Jackson,         *
                                   *

      Appellant,          *
                                   * Appeal from the United States

   v.                     * District Court for the
                                   * Eastern District of Missouri.

Timothy Sprickler; Unknown Kemp; *
Moline Acres Police Department,   *        **[UNPUBLISHED]**
                                   *

      Appellees.         *

_____

Submitted:  February 21, 1997

Filed: February 27, 1997
_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Cedric Jackson appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action with prejudice. The docket sheet entries indicate that the district court held a hearing after which it dismissed Jackson's complaint. Jackson argues on appeal that he was treated unfairly at this hearing; however, he has neither provided nor requested a transcript. We thus cannot conduct meaningful review of the issues he raises on appeal. See Fed. R. App. P. 10(b); <u>Schmid v. United Bhd. of Carpenters & Joiners of Am.</u>, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (appellant must provide all parts of proceedings below necessary for reviewing any claimed error; appellate court unable to review

---

[1] The HONORABLE CAROL E. JACKSON, United States District Judge for the Eastern District of Missouri.

certain issues raised by appellant in absence of transcript), <u>cert. denied</u>, 484 U.S. 1071 (1988).

Based upon the record before us, we affirm.  <u>See</u> 8th Cir. R. 47B.  Defendants' motion to dismiss the appeal is denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.